UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Enter name(s), MICHELLE J. SMITH

    *Plaintiff*s,

v.                                                                                                                                                  No. 2:23-CV-00068

Enter name(s), THE BOSTON RED SOX

    *Defendant*s.

---

## **RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT**

Filed by:[1] **MICHELLE J. SMITH**

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Michelle J. Smith; The Boston Red Sox

Each entity with publicly traded shares or debt potentially affected by the outcome:

The Boston Red Sox

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None

Each person arguably eligible for restitution:

Michelle J. Smith

---

[1] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

Click or tap here to enter text.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

____Michelle J. Smith, Pro se_____
[signature of counsel or unrepresented party
*see* Fed. R. Civ. P. 11(a)]

2/13/2023